Derek A. Newman, State Bar No. 190467
derek@newmanlaw.com
Matthew Troncali, State Bar No. 286677
matt@newmanlaw.com
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101
Telephone: (206) 274-2800
Facsimile: (206) 274-2801

Attorneys for Plaintiff
CHRISTOPHER BOFFOLI

FILED
13 FEB -4 PM 2:56
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

BY FAX

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER BOFFOLI,<br>an individual,<br><br>Plaintiff,<br><br>v.<br><br>WHI, INC., d/b/a WE HEART IT,<br>a Delaware Corporation;<br><br>Defendant. | Case No.<br>**CV13-00773 JEM**<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

CHRISTOPHER BOFFOLI, ("Boffoli" or "Plaintiff") hereby alleges for his complaint against WHI, INC., d/b/a WE HEART IT ("We Heart It") upon personal information as to Plaintiff's own activities, and upon information and belief as to the activities of others, as follows:

## I. NATURE OF THE CASE

1. This is a claim for copyright infringement arising under the copyright laws of the United States, Title 17 of the United States Code.

## II. JURISDICTION AND VENUE

2. This Court has exclusive subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over We Heart It because it conducts substantial business in the State of California and has its corporate headquarters in California.

4. The claims alleged in this Complaint arise in the State of California and the Central District of California and elsewhere.

5. Venue is appropriate pursuant to 28 U.S.C. § 1391(b)(1-3).

## III. PARTIES

6. Plaintiff is an individual and resident of the Western District of Washington.

7. Upon information and belief, We Heart It is a Delaware corporation with its headquarters and principal business address at 1413 1/2 W. Kenneth Rd. # 284, Glendale, CA 91201.

## IV. FACTS

**A. Boffoli created copyrightable photographs and registered them with the U.S. Copyright Office.**

8. Boffoli is a James Beard-award nominated art photographer who created "Big Appetites", a series of art photographs featuring miniature figures in whimsical poses on fruit. Big Appetites has been featured in numerous magazines, newspapers, television, and other media, including the Washington Post, Der Spiegel in Germany, Oprah.com, NBC and ABC television series, the Telegraph, Daily Mail and Sun in the United Kingdom, the Telegraph in Australia, and The Nation in Pakistan, along with tens of others.

9. Boffoli's business is based on licensing and selling photographs he creates. Big Appetites photographs are currently available for purchase at four fine art galleries located in New York, Seattle, London, and Monaco. Big Appetites photographs can also be purchased over the Internet, including through Boffoli's website. Boffoli has licensed use of Big Appetites photographs to greeting card companies, calendars, and others.

10. Boffoli registered each photograph in the Big Appetites series with the U.S. Copyright Office and has Copyright Registration No. VAu001106484 (June 13, 2011).

### B. We Heart It users copied photographs from Big Appetites without license or permission from Boffoli.

11. Upon information and belief, We Heart It operates an Internet-based service that allows its users to post images through We Heart It's website and mobile site. We Heart It's users can save copies of images on We Heart It's servers, and share those images with other We Heart It users. We Heart It has hundreds or thousands of users in this District. Thousands or hundreds of thousands of images are sent to and from this District every month. We Heart It obtains substantial revenue from this District.

12. We Heart It users copied numerous photographs from Big Appetites without license or permission from Boffoli (the "Infringing Uses"). The Infringing Uses were hosted either on We Heart It's or on third-party servers controlled by We Heart It. The We Heart It users published each Infringing Use.

### C. We Heart It failed to remove the Infringing Uses despite notice from Boffoli.

13. On information and belief, We Heart It can remove each Infringing Use that is hosted on We Heart It. We Heart It can also disable each publication of an Infringing Use, regardless of whether the photograph is hosted on We Heart It's servers or on third-party servers.

14. We Heart It has registered an agent with the United States Copyright Office for receipt of Digital Millennium Copyright Act ("DMCA") notices. We Heart It's registration is attached as Exhibit A.

15. On January 25, 2013, Boffoli sent a notice to We Heart It's registered agent regarding some of the Infringing Uses. We Heart It responded by email that it received Boffoli's notice, but refused to take down the Infringing Uses. Boffoli's notice and We Heart It's responses are attached as Exhibit B.

16. Boffoli never authorized the Infringing Uses.

17. We Heart It has not removed or disabled access to the Infringing Uses.

## V. CAUSE OF ACTION
## CONTRIBUTORY COPYRIGHT INFRINGEMENT

18. Boffoli hereby incorporates Paragraphs 1-19 by reference.

19. Boffoli is, and at all relevant times has been, the owner of the copyright in the photographs in the Big Appetites series.

20. Each photograph in Big Appetites is copyrightable subject matter under 17 U.S.C. § 102(a)(5).

21. Boffoli has complied in all respects with the provisions of the Copyright Act and all regulations thereunder.

22. Boffoli registered the copyright in each photograph in Big Appetites with the United States Copyright Office.

23. Boffoli has the exclusive rights under 17 U.S.C. § 106 to (1) reproduce the photographs in Big Appetites, (2) prepare derivative works based on Big Appetites, (3) distribute copies of Big Appetites, and (4) display Big Appetites publicly.

24. Without the permission or consent of Boffoli, photographs from Big Appetites were reproduced, derivative works were made from, copies were distributed of, and the photographs were displayed on We Heart It.

25. Boffoli's exclusive rights in the photographs in Big Appetites were violated.

26. We Heart It induced, caused, or materially contributed to the Infringing Uses.

27. We Heart It had actual knowledge of the Infringing Uses. Boffoli provided notice to We Heart It in compliance with the DMCA, and We Heart It failed to expeditiously disable access to or remove the Infringing Uses.

28. We Heart It acted willfully.

## VI. RELIEF REQUESTED

WHEREFORE, Boffoli asks this Court to enter judgment against We Heart It and We Heart It's subsidiaries, affiliates, agents, employees, and all persons acting in concert or participation with them, granting the following relief:

1. Temporary and permanent injunctions preventing and restraining infringement of Big Appetites by We Heart It under 17 U.S.C. § 502;

2. An order requiring the destruction of all copies made by or under the control of We Heart It of the photographs in Big Appetites and all articles by which such copies may be reproduced under 17 U.S.C. § 503;

3. An award of the actual damages suffered by Boffoli as the result of We Heart It's infringement plus the profits of We Heart It attributable to the infringement under 17 U.S.C. § 504(b);

4. Alternatively, if Boffoli so elects, an award of statutory damages for each infringement of Big Appetites under 17 U.S.C. § 504;

5. A judgment that We Heart It's infringement was willful and an increased statutory damage award under 17 U.S.C. § 504(c)(2);

6. An award of Plaintiff's full costs including a reasonable attorney's fee under 17 U.S.C. § 505; and

7. For such other and further relief as may be just and proper under the circumstances.

COMPLAINT FOR COPYRIGHT
INFRINGEMENT- 5

NEWMAN DU WORS LLP

1201 Third Avenue, Suite 1600
Seattle, Washington 98101
(206) 274-2800

1
2
3  Dated this 4th day of February, 2013.
4
5                              Respectfully Submitted,
6
7                              **NEWMAN DU WORS LLP**

8                         By: _____
9                              Derek Newman, State Bar No. 190467
                               derek@newmanlaw.com
10                             Matthew Troncali, State Bar No. 286677
                               matt@newmanlaw.com
11
12                             Attorneys for Plaintiff
13                             CHRISTOPHER BOFFOLI

COMPLAINT FOR COPYRIGHT
INFRINGEMENT- 6

NEWMAN DU WORS LLP

1201 Third Avenue, Suite 1600
Seattle, Washington 98101
(206) 274-2800

## JURY DEMAND

Pursuant to FED. R. CIV. P. 38(b), Plaintiff Christopher Boffoli demands a trial by jury of all issues presented in this complaint which are triable by jury.

Dated this 4th day of February, 2013.

Respectfully Submitted,

**NEWMAN DU WORS LLP**

By: *[signature]*

Derek Newman, State Bar No. 190467
derek@newmanlaw.com
Matthew Troncali, State Bar No. 286677
matt@newmanlaw.com

Attorneys for Plaintiff

**CHRISTOPHER BOFFOLI**

Derek A. Newman, State Bar No. 190467
Matthew Troncali, State Bar No. 286677
derek@newmanlaw.com; matt@newmanlaw.com
Newman Du Wors LLP
1201 3rd Avenue, Suite 1600
Seattle, WA 98101

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CHRISTOPHER BOFFOLI, an individual | CASE NUMBER |
|---|---|
| PLAINTIFF(S)<br>v.<br>WHI, INC., d/b/a WE HEART IT, a Delaware Corporation;<br><br>DEFENDANT(S). | **CV13-00773 JEM**<br><br>SUMMONS |

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __Derek A. Newman__, whose address is __1201 Third Avenue, Suite 1600, Seattle, WA 98101__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FEB - 4 2013

Dated: _____

Clerk, U.S. District Court

By: _____
Deputy Clerk
(Seal of the Court)

BY FAX

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

UNITED STA... DISTRICT COURT, CENTRAL DISTRIC... .. CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| CHRISTOPHER BOFFOLI, an individual | WHI, INC., d/b/a WE HEART IT, a Delaware Corporation; |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Derek A. Newman; Matthew Troncali<br>Newman Du Wors LLP - 1201 3rd Avenue, Suite 1600<br>Seattle, WA 98101 Telephone: (206) 274-2800 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No    ☑ **MONEY DEMANDED IN COMPLAINT:** $ 50,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Title 17 of the United States Code; COPYRIGHT INFRINGEMENT

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | | | | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☑ 820 Copyrights |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| | | | | | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | | ☐ 443 Housing/Acco- mmodations | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| | **REAL PROPERTY** | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**CV13-00773**

FOR OFFICE USE ONLY: Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)           CIVIL COVER SHEET           Page 1 of 2

BY FAX



UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
  ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
  ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
  ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Washington |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles |  |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
  Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles |  |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date February 4, 2013

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |