# Exhibit A

# Interim Designation of Agent to Receive Notification of Claimed Infringement

**Full Legal Name of Service Provider:** WHI Inc.

**Alternative Name(s) of Service Provider (including all names under which the service provider is doing business):** We Heart It

**Address of Service Provider:** 1413 1/2 W. Kenneth Rd, #284, Glendale, CA 91201

**Name of Agent Designated to Receive Notification of Claimed Infringement:** Neil Berkman

**Full Address of Designated Agent to which Notification Should be Sent** (a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location): 1442 A Walnut Street #200, Berkeley, CA 94709-1405

**Telephone Number of Designated Agent:** (510) 402-6705

**Facsimile Number of Designated Agent:** (510) 295-2673

**Email Address of Designated Agent:** copyright@weheartit.com

**Signature of Officer or Representative of the Designating Service Provider:** ▮▮▮▮  Date: 5/24/2011

**Typed or Printed Name and Title:** Neil Berkman, President

Note: This Interim Designation Must be Accompanied by a Filing Fee*
Made Payable to the Register of Copyrights.
*Note: Current and adjusted fees are available on the Copyright website at www.copyright.gov/docs/fees.html

Mail the form to:
Copyright I&R/Recordation
P.O. Box 71537
Washington, DC 20024

scanned 08/07/11


162667945

Received
MAY 26 2011
Copyright Office