# Exhibit B

**From:** We Heart It Team <hello@weheartit.com>
**Subject: Re: Notice of Copyright Infringement**
**Date:** January 25, 2013 9:08:25 AM PST
**To:** cjboffoli@gmail.com
**Reply-To:** We Heart It Team <hello@weheartit.com>

Please type your reply at the top of the email...

**Marie Bigorie**

JAN 25, 2013 | 03:07PM BRST

Hello Christopher,

We'll be more than happy to remove the photos for you, but unfortunately I can't remove the photos manually, only through that form. Please use this page http://weheartit.com/contact/copyright to file copyright notifications so we can remove the images from our site (weheartit.com) and servers.

Regards,
Marie

**Christopher**

JAN 25, 2013 | 01:49PM BRST

Marie:

You have been sent a properly formatted DMCA takedown request. There is nothing in the law that requires this request to be re-submitted to you via your form. It is burdensome enough for visual artists to have to police the unauthorized use of their content (and this is not the first time I have discovered my intellectual property on your site) without you requiring additional hoops to be jumped through. I know from your response that you have received the request. So I would respectfully ask that you respond to my valid DMCA request, or forward my e-mail to your copyright agent, or else you will leave me no choice but to send along this matter to my legal team and request their action to compel you to remove my copyrighted photographs from your servers.

Christopher Boffoli
Seattle, Washington, USA
Big Appetites (Disparity) United States Copyright Registration VAu 1-106-484 (2011)

Any files transmitted with this e-mail (the "Files") are protected by copyright and intended solely for the individual or entity to whom this e-mail is addressed. The Files shall be used as samples or for press purposes only. Use of the Files beyond that authorized by the copyright owner is a violation of U.S. federal law. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail or files transmitted with it is strictly prohibited.

**Marie Bigorie**

JAN 25, 2013 | 10:03AM BRST

Hello Christopher,

You're sending copyright notifications to our user support email.
We have a copyright notification form available here: http://weheartit.com/contact/copyright

Please use this page http://weheartit.com/contact/copyright to file copyright notifications so we can remove the images from our site (weheartit.com) and servers.

The form on the link above is the standard DMCA form (http://wikipedia.org/wiki/Digital_Millennium_Copyright_Act), a US law about copyright. We're required by law to collect this information and use this form to remove copyrighted images.

The information requested on the copyright complaint form is not shared with anyone.
I can't remove the photos, only through that form.
If you're the copyright owner of the images and want them removed from the site please fill in the form:
http://weheartit.com/contact/copyright

Regards,

We Heart It Team.
**Christopher**
JAN 25, 2013 | 02:33AM BRST
Original message

We Heart It Copyright Agent

By e-mail

Hello. I am the author and copyright holder of a series of fine art images called "Big Appetites" which features tiny figures photographed on food landscapes. United States copyright registration VAu 1-106-484. Samples of the work may be seen online here:

http://www.bigappetites.net

Work from my Big Appetites series have been posted to We Heart It without authorization at the following links. I would like you to please remove or otherwise disable access to these links as soon as possible:

http://weheartit.com/entry/13215753/via/pkmarques
http://data.whicdn.com/images/13215753/ScreenHunter_02-Jun.-10-15.32_large.jpg
http://weheartit.com/entry/13215756/via/pkmarques
http://data.whicdn.com/images/13215756/ScreenHunter_01-Jun.-10-15.24_large.jpg
http://weheartit.com/entry/49901578
http://data.whicdn.com/images/49901607/cbm6_large.jpg

I hereby state that I have a good faith belief that the disputed use of the copyrighted material or reference or link to such material is not authorized by the copyright owner (myself), my agents, or the law (e.g., as fair use). I hereby state the the information in this Notice is accurate and, under penalty of perjury, that I am the owner of the copyright or of an exclusive right under the copyright that is allegedly infringed.
Sincerely,

Christopher Boffoli



2



Any files transmitted with this e-mail (the "Files") are protected by copyright and intended solely for the individual or entity to whom this e-mail is addressed. The Files shall be used as samples or for press purposes only. Use of the Files beyond that authorized by the copyright owner is a violation of U.S. federal law. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail or files transmitted with it is strictly prohibited.

For your reference this is Case #: 57797

Support powered by Assistly