| | |
|---|---|
| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER<br>Derek A. Newman<br>derek@newmanlaw.com<br>Matthew Troncali<br>matt@newmanlaw.com<br>Newman Du Wors LLP<br>1201 3rd Avenue, Suite 1600<br>Seattle, WA 98101<br>Telephone: (206) 274-2800<br>ATTORNEYS FOR: CHRISTOPHER BOFFOLI | FILED<br>13 FEB -4 PM 2:56<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br>BY: |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BOFFOLI, an individual<br><br>Plaintiff(s),<br>v.<br>WHI, INC., d/b/a WE HEART IT, a Delaware Corporation;<br>Defendant(s) | CASE NUMBER:<br>**CV13-00773 JEM**<br><br>CERTIFICATION AND NOTICE OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for CHRISTOPHER BOFFOLI
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Christopher Boffoli | Plaintiff |
| WHI, Inc. | Defendant |

February 4, 2013
Date

Sign

Derek A. Newman
Attorney of record for or party appearing in pro per

BY FAX

CV-30 (04/10)          NOTICE OF INTERESTED PARTIES